IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*******************************
UNITED STATES OF AMERICA,

        v.

        Criminal No. 7:00-CR-558 (COPY)

David Watson
        Defendant.
*******************************

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about September 16, 2000, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, the defendant

**DAVID WATSON,**

did operate a motor vehicle while having .10 of one per centum or more by weight of alcohol in his blood as shown by chemical analysis of his breath.

All in violation of Title 18, United States Code, Sections 7 and 13 and Section 1192.2 of the New York State Vehicle and Traffic Law.

THE UNITED STATES ATTORNEY CHARGES:

### COUNT II

On or about January 02, 2000, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, the defendant

### DAVID WATSON,

did operate a motor vehicle while in an intoxicated condition.

All in violation of Title 18, United States Code, Sections 7 and 13 and Section 1192.3 of the New York State Vehicle and Traffic Law

DANIEL J. FRENCH
United States Attorney

By: _____
    Anthony Moscato
    Special Assistant U.S. Attorney
    Bar Roll No.